# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>Valley Mack Plaza Co. L.P., a California Limited Partnership; C&K Valley Mack, LLC, a Delaware Limited Liability Company; Starbucks Corporation, a Washington Corporation; It's EID Inc., a California Corporation; King's Wigs & Beauty Supply, Inc., a California Corporation; Ross Dress for Less, Inc., a Virginia Corporation; Autozone West LLC, a Nevada Limited Liability Company; New York Rainbow USA Inc.; DW Vision Corp., a California Corporation; BYS Supplies, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:17-CV-01125-TLN-EFB<br><br>**ORDER ON STIPULATION TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT**<br><br>Complaint Filed:   May 28, 2017<br>Trial Date:             None Set |

The Court, having received the Joint Stipulation of Plaintiff, SCOTT JOHNSON, and Defendant, AUTOZONE WEST LLC, to set aside the request for entry of default filed by Plaintiff on July 7, 2017, hereby ORDERS that the default be set aside. Defendant AUTOZONE WEST LLC, shall have ten days after the date of this order to file its answer to the complaint.

IT IS SO ORDERED.

Dated: July 13, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON STIPULATION TO SET ASIDE REQUEST FOR ENTRY OF DEFAULT     1.     Case No. 2:17-cv-01125-TLN-EFB

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104.4622
415.433.1414