**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY MACK PLAZA CO. L.P., a California limited partnership; C & K VALLEY MACK, LLC, a Delaware limited liability company; STARBUCKS CORPORATION, a Washington corporation; IT'S EID INC., a California corporation; KING'S WIGS & BEAUTY SUPPLY, INC., a California corporation; ROSS DRESS FOR LESS, INC., a Virginia corporation; AUTOZONE WEST LLC, a Nevada limited liability company; NEW YORK RAINBOW USA INC.; DW VISION CORP., a California corporation BYS SUPPLIES, INC., a California corporation; and Does 1-10,<br><br>Defendants. | CASE NO.:  2:17-cv-01125-TLN-EFB<br><br>**ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULTS** |

Plaintiff, SCOTT JOHNSON, and Defendants VALLEY MACK PLAZA CO. L.P., a California limited partnership, and C & K Valley Mack, LLC, a Delaware

-1-

1 limited liability company, by and through their attorneys of record, having been
2 considered, the Clerk's Entry of Defaults against Defendants VALLEY MACK
3 PLAZA CO. L.P., a California limited partnership, and C & K Valley Mack, LLC, a
4 Delaware limited liability company are hereby set aside. Defendants VALLEY
5 MACK PLAZA CO. L.P., a California limited partnership, and C & K Valley Mack,
6 LLC, a Delaware limited liability company shall have twenty days after the date of
7 this order to file their answers to the complaint.

Dated: July 19, 2017

_____
Troy L. Nunley
United States District Judge