# UNITED STATES DISTRICT COURT

Eastern _____ **District of** _____ California _____

Scott Johnson

Plaintiff (s),

V.

Starbucks Corporation

Defendant (s),

### CONSENT ORDER GRANTING
### SUBSTITUTION OF ATTORNEY

**CASE NUMBER:** 2:17-cv-01125-TLN-EFB

Notice is hereby given that, subject to approval by the court, _____ Starbucks Corporation _____ substitutes
                                                                          (Party (s) Name)

Cathy L. Arias _____, State Bar No. _____ 141989 _____ as counsel of record in
        (Name of New Attorney)

place of _____ Shane Singh _____.
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____ Burnham Brown _____

Address: _____ 1901 Harrison Street, 14th Floor, Oakland, CA 94612 _____

Telephone: _____ (510) 444-6800 _____ Facsimile _____ (510) 835-6666 _____

E-Mail (Optional): _____ carias@burnhambrown.com _____

I consent to the above substitution.

Date: _____ 04/10/2018 _____

/s/ Tami Hamalian
_____
(Signature of Party (s))

I consent to being substituted.

Date: _____ 04/10/2018 _____

/s/ Shane Singh
_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____ 04/10/2018 _____

/s/ Cathy L. Arias
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ APRIL 12, 2018 _____

Troy L. Nunley
United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print | Save As... | Export as FDF | Retrieve FDF File | Reset